## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JEREMIAH MOORE, individually and
for others similarly situated,

     Plaintiff,

v.

GD TOP NOTCH CLEANING
SERVICE, INC.,

     Defendant.

Case No. 23-cv-11410

Hon. Sean F. Cox

Magistrate Judge David R. Grand

---

### **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties, through their respective attorneys, stipulate and agree to the dismissal of Plaintiff's claims in their entirety with prejudice and without an award of costs or attorneys' fees to any party. The Court having been otherwise fully advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's claims are dismissed in their entirety with prejudice and without an award of costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated: November 14, 2023

s/Sean F. Cox
Sean F. Cox
U. S. District Judge

Stipulated and agreed to:

| | |
|---|---|
| JOSEPHSON DUNLAP LLP | KIENBAUM HARDY VIVIANO PELTON & FORREST, P.L.C. |
| By: */s/ Carl A. Fitz* <br>    Michael A. Josephson <br>    TX Bar No. 24014780 <br>    Andrew W. Dunlap <br>    TX Bar No. 24078444 <br>    Carl A. Fitz <br>    TX Bar No. 24105863 <br>11 Greenway Plaza, Suite 3050 <br>Houston, Texas 77046 <br>(713) 352-1100 <br>mjosephson@mybackwages.com <br>adunlap@mybackwages.com <br>cfitz@mybackwages.com <br><br>    Richard J. (Rex) Burch <br>    TX Bar No. 24001807 <br>BRUCKNER BURCH PLLC <br>11 Greenway Plaza, Suite 3025 <br>Houston, Texas 77046 <br>(713) 877-77046 <br>rburch@brucknerburch.com <br><br>    Jennifer L. McManus (P65976) <br>    *Local Counsel for Plaintiff* <br>FAGAN McMANUS, PC <br>25892 Woodward Avenue <br>Royal Oak, MI 48067 <br>(248) 542-6300 <br>jmcmanus@faganlawpc.com <br><br>*Attorneys for Plaintiff and The Punitive Class Members* | By: */s/ Ryan D. Bohannon* <br>    Ryan D. Bohannon (P73394) <br>*Attorney for Defendant* <br>280 N. Old Woodward Ave., Suite 400 <br>Birmingham, MI 48009 <br>(248) 645-0000 <br>rbohannon@khvpf.com |
| Dated: November 10, 2023 | Dated: November 10, 2023 |